**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **AMBER NICOLE EVERIDGE,** | |
| *Plaintiff,* | |
| **v.** | **CIVIL ACTION NO.** **5:18-cv-00011-TES-CHW** |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | |
| *Defendant.* | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

Before the Court is Plaintiff Amber Everidge's Motion for Attorney's Fees [Doc. 24] in which she seeks an award of $7,187.48 in attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The Government does not oppose Plaintiff's motion [Doc. 24, at p. 1], and Plaintiff's fee calculations appear to comport with this Court's formula established in *Hartage v. Astrue*, No. 4:09-cv-48, 2011 WL 1123401 (M.D. Ga. 2011). [Doc. 24, at ¶¶ 14 & 15]. Therefore, the Court **GRANTS** Plaintiff's motion, and it is hereby **ORDERED** that Plaintiff is awarded $7,187.48 in attorney's fees under EAJA. This award should be made payable to Plaintiff directly. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).

**SO ORDERED** this 11th day of April, 2019.

S/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT